ABE SCHARF, Respondent, v. " JOHN DOE," as President and " RICHARD ROE " as Treasurer of Sheet Metal Workers International Association, Local No. 137, and Others, Appellants.— Action for a permanent injunction restraining defendants from picketing plaintiff's jewelry store. Order granting plaintiff's motion for an injunction *pendente lite*, and denying defendants' cross-motion for an order dismissing the complaint on the ground that it does not state facts sufficient to constitute a cause of action, unanimously affirmed, with twenty dollars costs

and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.